## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DORENE MIRANDA,

    Plaintiff,

v.                                        CASE NO.  8:17-cv-883-T-26AEP

ENHANCED RECOVERY CO., LLC,
*d/b/a* ERC,

    Defendant.
_____/

## O R D E R

The Court considers this case *sua sponte* pursuant to the provisions of Local Rule 1.07(b).  After doing so, the Court concludes that this case is due to be dismissed without notice and without prejudice.

The docket reflects that service was effected on Defendant on May 3, 2017, and that more than sixty (60) days has elapsed without Plaintiff seeking a clerk's default or a default judgment as required by the rule.  **ACCORDINGLY**, it is **ORDERED AND ADJUDGED** that this case is dismissed without notice and without prejudice, and the clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on July 6, 2017.

                                s/*Richard A. Lazzara*
                                **RICHARD A. LAZZARA**
                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record